

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Cirino Cosme,
* From the 29th District Court
of Palo Pinto County,
Trial Court No. 17575.

Vs. No. 11-23-00011-CR
* September 19, 2024

The State of Texas,
* Memorandum Opinion by Williams, J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is no error in the judgments below. Therefore, in accordance with this court's opinion, the judgments of the trial court are in all things affirmed.